# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 1:18-cv-01868 (TNM) |
| DEPARTMENT OF JUSTICE, ) ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The parties, jointly submit this status report pursuant to the Court's Scheduling Order of September 24, 2018, as follows:

On March 1, 2019, agency produced material to Plaintiff, and the agency is scheduled to release again by April 1, 2019. The parties suggest that another Joint Status Report be filed on April 5, 2019 to update the Court on the status of the processing and review of the production.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. BAR NUMBER 472845

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


/s/ *Rhonda L. Campbell*
RHONDA L. CAMPBELL
D.C. Bar No. 46240
Assistant United States Attorneys
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559
Rhonda.campbell@usdoj.gov

*Counsel for United States*

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*