## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:18-cv-01868 (TNM) ) |
| DEPARTMENT OF JUSTICE, | ) ) |
| Defendant. | ) |

### JOINT STATUS REPORT

The parties, jointly submit this status report pursuant to the Court's Scheduling Order of March 11, 2019, as follows:

On August 1, 2019, the FBI produced another set of records to Plaintiff, and the next release will be made on or about September 1, 2019. In accordance with the Court's Order, the parties will file another Joint Status Report on September 5, 2019, to update the Court on the status of the processing and review of the production, unless the Court supersedes that Order.

The parties apologize that, due to an oversight, they neglected to file a Joint Status Report on July 5, 2019. Their respective counsel agreed to the contents of a proposed report on July 3, 2019, but neither lawyer actually filed the report, and neither lawyer realized that it had not been filed until today, largely due to the holiday and Plaintiff's counsel's vacation.

Date:  August 5, 2019

        Respectfully submitted,

        JESSIE K. LIU
        UNITED STATES ATTORNEY
        D.C. BAR NUMBER 472845

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

        /s/ *Rhonda L. Campbell*
        RHONDA L. CAMPBELL
        D.C. Bar No. 46240
        Assistant United States Attorney
        Civil Division
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-2559
        Rhonda.campbell@usdoj.gov

        *Counsel for United States*

        /s/ Kelly B. McClanahan
        Kelly B. McClanahan, Esq.
        D.C. Bar #984704
        National Security Counselors
        4702 Levada Terrace
        Rockville, MD  20853
        301-728-5908
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

        *Counsel for Plaintiff*