UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 18-1868 (TNM) |

**DEFENDANT'S MOTION TO DISMISS AND
MEMORANDUM IN SUPPORT THEREOF**

## TABLE OF CONTENTS

Table of Contents ................................................................................................................. i

Table of Authorities ............................................................................................................ ii

Background ........................................................................................................................ 1

Argument ........................................................................................................................... 2

Conclusion ......................................................................................................................... 3

# TABLE OF AUTHORITIES

**Cases**

Page

*Ciralsky v. CIA*, 355 F.3d 661
355 F.3d 661 (D.C. Cir. 2004)...........................................................................................2

*Link v. Wabash R.R. Co.*,
370 U.S. 626 (1962)...........................................................................................................2

*Newby v. Bush*, ,
Civ. A. No. 08-983 (RMC), 2008 WL 11432194 (D.D.C. June 17, 2008) .......................2

*Peterson v. Archstone Cmtys. LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011,
637 F.3d 416 (D.C. Cir. 2011) ..........................................................................................2

**Statutes, Regulations, Rules, and Other Authorities**

5 U.S.C. § 552..............................................................................................................................2

Fed. R. Civ. P. 41 .....................................................................................................................1, 2

Defendant United States Department of Justice ("Defendant"), by and through undersigned counsel, hereby moves to dismiss this matter pursuant to the Court's September 30, 2020, Order and Federal Rule of Civil Procedure ("Rule") 41(b) in light of Plaintiff Assassination Archives and Research Center's ("Plaintiff") failure to pay the duplication fees as ordered by the Court.

## BACKGROUND

Plaintiff commenced this action on August 8, 2018, pursuant to FOIA.  *See generally* ECF No.1, Compl.  Under FOIA, Plaintiff sought records relating to pre-1960 electronic surveillance activities from the Federal Bureau of Investigation ("FBI").  *See id.*

On November 23, 2021, Plaintiff moved for partial summary judgment and argued that the $15 is an unreasonable duplication fee and, based on the FBI's current processing rate, requested that the Court compel Defendant to move for an *Open America* stay.  *See generally* ECF Nos. 40, 41, Pl.'s Mot. for Partial Summ. J., Mot. to Compel.  Defendant opposed Plaintiff's motions.  *See generally* ECF No. 45, Def.'s Opp.  The Court denied Plaintiff's motions and ordered, in relevant part, Plaintiff to pay Defendant the outstanding balance by March 14, 2022.  The Court's order also noted that if Plaintiff failed to make that payment, Defendant may suggest a briefing schedule on the issue of whether production is complete given that Plaintiff is refusing to pay processing fees.  *See* ECF No. 47, Feb. 14, 2022, Order.  Plaintiff failed to pay the outstanding duplication fee (*see* ECF No. 49-1, 2d Seidel Decl. ¶¶ 9-11), and Defendant requested that the Court order a briefing schedule (ECF No. 48, Def.'s Status Report).  The Court granted the request.  *See* Mar. 23, 2022, Min. Order.

Defendant moved for partial summary judgment due to Plaintiff's failure to pay the FOIA fees as ordered by this Court.  *See* ECF No. 49, Def.'s Mot.  This Court granted Defendant's motion and ordered, *inter alia*, Plaintiff to pay Defendant the outstanding balance of $52.50 by no

later than October 12, 2022.  *See* ECF No. 52, Sept. 30, 2022, Order.  The Court also ordered Defendant to promptly inform the Court if Plaintiff failed to pay the fee within the time specified, so that the Court may dismiss this action.  *Id.*  Plaintiff has not paid the outstanding balance as ordered by the Court.  *See* Third Declaration of Michael G. Seidel at 2.  Accordingly, this matter should be dismissed with prejudice.

## **ARGUMENT**

Since Plaintiff failed to pay the outstanding balance as ordered by the Court, and required by FOIA, this matter should be dismissed.  Rule 41(b) permits the Court to dismiss either a claim or an action because of the plaintiff's failure to comply with the Rules "or any order of [the] court."  Fed. R. Civ. P. 41(b); *Newby v. Bush*, Civ. A. No. 08-983 (RMC), 2008 WL 11432194, at *1 (D.D.C. June 17, 2008); *Ciralsky v. CIA*, 355 F.3d 661, 669 (D.C. Cir. 2004).  The court may dismiss for failure to prosecute *sua sponte* or on a defendant's motion.  *See Peterson v. Archstone Cmtys. LLC*, 637 F.3d 416, 418 (D.C. Cir. 2011) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629 (1962)); *see also* Fed. R. Civ. P. 41(b).  The authority to dismiss suits has long been recognized as "necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion" in the courts.  *Link*, 370 U.S. at 629-30.

Here, Plaintiff failed to pay the required fee pursuant to 5 U.S.C. § 552(a)(4)(A) and, even after several warnings, Plaintiff violated the Court's February 14, 2022, and September 30, 2022, orders which ordered Plaintiff to pay the outstanding balance of $52.50 for the duplication fees.  Accordingly, the Court should dismiss this matter with prejudice due to Plaintiff's failure to pay the outstanding balance of $52.50 as required by FOIA and ordered by the Court.

## **CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that the Court grant Defendant's motion and dismiss this matter with prejudice.

Dated: October 24, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    *Defendant*. | Civil Action No. 18-1868 (TNM) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss and the entire record herein, it is hereby

ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that this matter is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____  
Date

_____  
TREVOR N. MCFADDEN  
United States District Judge