UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSASSINATION ARCHIVES AND RESEARCH CENTER, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 18-1868 (TNM) |

## THIRD DECLARATION OF MICHAEL G. SEIDEL

I, Michael G. Seidel, declare as follows:

1. I am the Section Chief of the Record/Information Dissemination Section ("RIDS"), Information Management Division ("IMD"), Federal Bureau of Investigation ("FBI"), Winchester, Virginia. Because of the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. §552a. Specifically, I am aware of the FBI's handling of Plaintiff's FOIA requests.

2. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

3. This declaration also incorporates and supplements the information provided in my first and second declaration submitted in this case. (ECF 45-1, "First Seidel Decl." and ECF 49-1, "Second Seidel Decl."). The FBI submits this declaration in support of Defendant's motion


to dismiss based on Plaintiff's failure to exhaust administrative remedies by failing to pay the duplication fees assessed for receipt of records responsive to the FOIA requests.

## PLAINTIFF'S FAILURE TO PAY DUPLICATION FEES

4. The administrative history related to handling of Plaintiff's FOIA request was provided in the First Seidel Declaration (¶¶ 5-17) and the Second Seidel Declaration (¶¶ 5-10).

5. On September 30, 2022, this court ordered Plaintiff "that on or before October 12, 2022, the Center shall pay the government the outstanding balance it owes of $52.50." (ECF No. 52.)

6. On October 17, 2022, the RIDS Public Information Officer checked the payment log, the location where paid fees are recorded, and determined there was no record of Plaintiff's payment for the outstanding duplication fee of $52.50 associated with the twentieth through twenty-third productions provided in response to Plaintiff's FOIA requests. RIDS further conducted a search of the records in the FOIPA Document Processing System and found no record of Plaintiff's payment.

7. Accordingly, Plaintiff has failed to pay the required duplication fees per DOJ regulation and as ordered by this Court on September 30, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ____19th____ day of October 2022.

MICHAEL G. SEIDEL
Section Chief
Record/Information Dissemination Section
Information Management Division
Federal Bureau of Investigation
Winchester, Virginia