UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ASSASSINATION ARCHIVES AND RESEARCH CENTER**, <br><br> Plaintiff, <br><br> v. <br><br> **DEPARTMENT OF JUSTICE**, <br><br> Defendant. | Case No. 1:18-cv-01868 (TNM) |

## ORDER

Before the Court in this FOIA case is the Government's Motion to Dismiss. *See* Mot. to Dismiss (Def.'s Mot.), ECF No. 53. This Court recounted the history of this case in its prior Order granting the Government's motion for partial summary judgment on the issue of unpaid FOIA processing fees. *See* ECF No. 52. In that Order, the Court instructed Plaintiff Assassination Archives and Research Center (the Center) to pay the Government the FOIA processing fees it owed ($52.50) within fourteen days upon penalty of dismissing the action. *See* Def.'s Mot. at 2. The Government submits that the Center has not paid. *See id.* at 1; *see also* 3d Seidel Decl. ¶ 6. Accordingly, the Court will dismiss this case under Rule 41(b) because the Center has failed to comply with this Court's Order. *See Ciralsky v. CIA*, 355 F.3d 661, 669 (D.C. Cir. 2004) (affirming dismissal of an action for failure to comply with a Court order).

For these reasons, it is hereby

**ORDERED** that the Government's [53] Motion to Dismiss is GRANTED.

**SO ORDERED**.

The Clerk of Court shall close this case.

This is a final, appealable Order.

Dated: November 8, 2022

TREVOR N. McFADDEN
United States District Judge